PROB 12C
(7/93)

Report Date:  September 10, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jorge Tellez-Gonzalez          Case Number: 2:13CR02107-001

Address of Offender: Yakima County Jail, Yakima, Washington

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: July 13, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Reentry After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison 11 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: September 28, 2011 | |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: September 27, 2014 | |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On August 13, 2013, an indictment was filed with the U.S. District Court for the Eastern District of Washington at Yakima, charging the defendant with Alien in the U.S. After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:13CR02102-FVS-1.

According to the indictment, on or about July 1, 2013, the defendant was found in the Eastern District of Washington without permission from the proper authorities to reenter the U.S.  The defendant had previously been deported on October 1, 2011, at Brownsville, Texas.

Prob12C
**Re: Tellez-Gonzalez, Jorge**
**September 10, 2013**
**Page 2**

2        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On August 13, 2013, an indictment was filed with the U.S. District Court for the Eastern District of Washington at Yakima, charging the defendant with count 1: Conspiracy to Distribute a Controlled Substance (Methamphetamine); count 2 - 4: Distribution of a Controlled Substance (Methamphetamine); and count 5: Possession with Intent to Distribute a Controlled Substance (Methamphetamine), in violation of 21 U.S.C. §§ 846 and 841(a)(1), docket number 2:13CR02095-FVS-1.

According to the indictment, from on or about May 1, 2003, and continuing to on or about July 24, 2013, the defendant conspired, confederated and agreed together with each other, to commit the above mentioned offenses against the U.S. by knowingly and intentionally distributing 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

3        **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about July 1, 2013, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on October 1, 2011, at Brownsville, Texas, and did not obtain permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/10/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

09/09/13

Date